IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01563-LTB-KLM

KEITH PARIS,
SHERRON LEWIS JR.,

      Plaintiffs,

v.

INDYMAC BANK F.S.B.,
ANNA MARIE PETERS-RUDDICK,
LYNN M. JANEWAY No. 15592,
JANEWAY LAW FIRM, P.C.,

      Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on October 29, 2008 (Doc 10). Plaintiffs have failed to file specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1.    The Order to Show Cause (Doc 4) is made ABSOLUTE;

2.    Plaintiff Lewis's case against all Defendants is DISMISSED WITHOUT PREJUDICE;

1

3. Plaintiff Paris's case against all Defendants is DISMISSED WITH PREJUDICE;

4. The Motion to Withdraw (Doc 5) is DENIED.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 20, 2009